UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> DARREN F. WILDER <br><br> Defendant | Case No. 04 CR 10217 GAO <br><br> 18 U.S.C. §2252(a)(1) Transportation of Child Pornography <br> 18 U.S.C. §2252(a)(2) Receipt of Child Pornography <br> 18 U.S.C. §2252(a)(4)(B) Possession of Child Pornography <br> 18 U.S.C. §2253 Forfeiture |

INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (Transportation of Child Pornography)

On or about April 5, 2003, within the District of Massachusetts, and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly transport and ship in interstate commerce by means of a computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct; that is, images with the following computer file names: 0101300.jpg, 0101400.jpg, 0101500.jpg, and 0101600.jpg.

In violation of Title 18, United States Code, Section 2252(a)(1).

## COUNT 2
### (Receipt of Child Pornography)

Between on or about March 16, 2003 and January 14, 2004, within the District of Massachusetts and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly receive, and attempt to receive, visual depictions, that is, more than 150 images in digital files including, but not limited to: Dscn1841.jpg; Dscn1899.jpg; Dscn1919.jpg; Dscn1927.jpg; Dscn1928.jpg; Dscn1931.jpg; Dscn1934.jpg; 4855624.jpg; 4855625.jpg; 4855610.jpg; and 4855611.jpg; 4855612.jpg; and 4855614.jpg, that had been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct and such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3
### (Possession of Child Pornography)

On or about December 18, 2003, within the District of Massachusetts, and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly possess one or more matters, that is, computer hard drive(s) and computer media, which contained visual depictions; that is, digital images including but not limited to: 00898.jpg; 00899.jpg; 00895.jpg; 00900.jpg; 01039.jpg; 01044.jpg; 01045.jpg; 01054.jpg; 01055.jpg; (pthc)open-f09-[full].mpg; (pthc)+rca4m.mpg; and r@ygold-n3.mpg that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A) and which visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

# SUPPLEMENTAL FINDINGS

## COUNT ONE:

The Grand Jury further finds with respect to Count One that:

1. The material involved a prepubescent minor and a minor under the age of twelve years.

2. The offenses involved distribution for the receipt, and expectation of receipt, of a thing of value, but not for pecuniary gain.

## COUNT TWO:

The Grand Jury further finds with respect to Count Two that:

1. Some visual depictions involved a prepubescent minor and a minor under the age of twelve years.

2. Defendant received said visual depictions by use of a computer.

3. Defendant possessed at least 150 images of minors engaged in sexually explicit conduct.

## COUNT THREE:

The Grand Jury further finds with respect to Count Three that:

1. Some visual depictions involved a prepubescent minor and a minor under the age of twelve years.

2. Darren F. Wilder, defendant herein, possessed said visual depictions by use of a computer.

3. The offense involved some visual depictions portraying sadistic and masochistic conduct and other depictions of violence.

## FORFEITURE ALLEGATION
### (Child Pornography)

1. The foregoing, allegations of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of an offense set forth above, DARREN F. WILDER, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the receipt, possession or transportation of visual depictions of minors engaging in sexually explicit conduct. Such property includes, but is not limited to, the following specific items found in the possession of DARREN F. WILDER on or about January 14, 2004:

   A. Hewlett Packard Vectra computer tower (S/N US01312828)

   B. Hewlett Packard desktop computer (S/N US 92813379).

A TRUE BILL:

_____
Foreperson

MICHAEL J. SULLIVAN
United States Attorney

_____
Sherri A. Stephan, Trial Attorney
Child Exploitation and Obscenity Section
United States Department of Justice

DISTRICT OF MASSACHUSETTS, Boston, July 21, 2004. Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk  @ 2:10 pm