## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        Plaintiff,        CIVIL ACTION
v.                            NO. 04-10217-GAO

DARREN WILDER

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
|---|---|
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **August 5, 2003, 9:30 am** |

_____
Type of Proceeding:

**ARRAIGNMENT**

_____

                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE

  July 27, 2003                    /s/ Lisa B. Roland
Date                               Lisa B. Roland,
                                     Deputy Clerk
                                     (508) 929-9905

cc: All counsel