UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.: 04 CR 10217 GAO |
| ) | |
| DARREN WILDER ) | |
| ) | |

## STATUS REPORT

Pursuant to this Court's Order dated August 5, 2004 and LR 116.5(C), the undersigned attorneys for the Parties in the instant matter have conferred and do **not** believe that it is necessary for the Court to conduct a Pretrial Conference on September 15, 2004, for the foregoing reasons:

1. This matter was the subject of a lengthy Probation Surrender hearing at which the Defendant received significant discovery from the Government.

2. The Defendant is currently serving a sentence for a separate offense.

3. The Defendant intends to file a Motion to Suppress the fruits of a search of his residence in the immediate future which may obviate the need for further discovery.

Respectfully submitted,

Sherri Stephan, Trial Attorney
United States Dept. of Justice
U.S. Attorney's Office
1 Courthouse Way
Boston, MA 02108
(202) 514-5780

Peter Charles Horstmann, Esquire
BBO #556377
PARTIDGE, ANKNER & HORSTMANN
200 Berkeley Street
Boston, MA 02116
(617) 859-9999