**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>     v.                              )<br>)<br>DARREN WILDER,                     )<br>          Defendant,             )<br>_____) | **CRIMINAL ACTION**<br>**NO. 04-10217-GAO** |

**INITIAL STATUS REPORT**
**September 15, 2004**

**SWARTWOOD, M.J.**

The following is an Initial Status Report to O'Toole, J. to whom this case is assigned:

1.  Discovery

Completed.

2.  Substantive Motions

Mr. Wilder intends to file a motion to suppress which shall be filed by October 8, 2004 and the Government shall file its opposition to said motion by October 26, 2004.

3.  Further Status Conference

A further status conference shall be held in this case on October 28, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

4. <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from August 19, 2004 (date of expiration of prior order of excludable time) through October 26, 2004 (date by which the Government is to file its opposition to Mr. Wilder's motion to suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, January 4, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE