UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )   CRIMINAL ACTION
                               )   NO. 04-10217-GAO
DARREN F. WILDER,              )
          Defendant,           )
_____)
```

STATUS REPORT
October 27, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to O'Toole, J. to whom this case is assigned:

1. Substantive Motions

Mr. Wilder has requested additional time to file a motion to suppress. That request is granted and such motion shall be filed by October 29, 2004. The Government shall file its opposition to that motion on November 19, 2004.

2. Further Status Conference

A further status conference shall be held in this case on November 22, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. Excludable Time

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from October 26, 2004 (date of expiration of prior order of excludable time) through November 19, 2004 (date by which the Government is to file its opposition to Mr. Wilder's motion to suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, January 28, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE