UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DARREN WILDER, )<br>     Defendant, )<br>) | **CRIMINAL ACTION<br>NO. 04-10217-GAO** |

<u>ORDER OF EXCLUDABLE TIME</u>
October 27, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 26, 2004 (date of expiration of prior order of excludable time) through November 19, 2004 (date by which the Government is to file its opposition to Mr. Wilder's motion to suppress) shall be excluded from the Speedy Trial Act.

                                                   /s/Charles B. Swartwood, III
                                                 CHARLES B. SWARTWOOD, III
                                                 MAGISTRATE JUDGE