UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | Docket No.: 04 CR 10217 GAO |
| ) | |
| DARREN WILDER             ) | |

### AFFIDAVIT OF DARREN WILDER

I, Darren Wilder, depose and state the following:

1. I am the defendant in the instant matter.

2. I have read special Agent Forgetta Affidavit in support of the search warrant for my pick-up truck and residence.

3. To the best of my knowledge any subscription to "lust-gallery.com" was cancelled or expired within thirty days of the subscription.

4. No other monthly fees for this subscription appear on any of my credit card accounts.

SINGED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF SEPTEMBER, 2004.

_____
Darren Wilder