# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10217-GAO |
| DARREN F. WILDER, ) | |
| Defendant, ) | |

### FINAL STATUS REPORT
### November 22, 2004

SWARTWOOD, M.J.

The following is a Final Status Report to O'Toole, J. to whom this case is assigned:

1. <u>Substantive Motions</u>

Mr. Wilder has filed a Motion to Suppress and the Government has filed an opposition to that motion. Therefore, this case is being returned to Judge O'Toole for disposition of that motion.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through November 19, 2004. Therefore, assuming no further order of excludable time under the plan for prompt

disposition of criminal cases, this case must be tried on or before Friday, January 28, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE