# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

**Peter Charles Horstmann**
pete@horstmannlaw.com

December 10, 2004

<u>BY MAIL</u>

Paul Lyness, Courtroom Clerk
 to the Honorable George A. O'Toole, Jr.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 4710
Boston, MA 02210

Re:     <u>United States v. Darren Wilder</u>, Criminal Case No. 04-10217-GAO

Dear Mr. Lyness:

    Be advised that Darren Wilder is currently serving a sentence in another Federal case at Fort Devens and wishes to assert his right to be present for the Suppression Hearing, which has been scheduled in the above-referenced matter for Thursday, January 20, 2005, at 2:00 pm. Please let me know if you require additional information to transport Mr. Wilder on that date.

    Thank you for your attention to this matter.

Very truly yours,

Peter Charles Horstmann

SCANNED
DATE: 12/20/04
BY: PSV

PCH/fl