# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to:   FMC FORT DEVENS

YOU ARE COMMANDED to have the body of   **DARREN WILDER**   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   **9**  , on the   **3RD**   floor, Boston, Massachusetts on   **JANUARY 20, 2005**  , at   **2:00 PM**

for the purpose of   **MOTION HEARING**

in the case of    UNITED STATES OF AMERICA V.   **DARREN WILDER**

CR Number   **CR04-10217**

    And you are to retain the body of said   **DARREN WILDER**   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said   **DARREN WILDER**   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   **18TH**   day of   **JANAURY, 2005**   .


GEORGE A. O'TOOLE, JR

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

                                        TONY ANASTAS
                                        CLERK OF COURT

      SEAL

                                        PAUL S. LYNESS
                                    By:
                                        Deputy Clerk


(Habeas Writ.wpd - 2/2000)