UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | Case No. 04-10217-GAO |
| ) | |
| ) | 18 U.S.C. §2252(a)(1) Transportation of Child |
| ) | Pornography |
| v. ) | 18 U.S.C. §2252(a)(2), (b)(1) Attempt/Receipt |
| ) | of Child Pornography |
| ) | 18 U.S.C. §2252(a)(4)(B) Possession of Child |
| DARREN F. WILDER ) | Pornography |
| ) | 18 U.S.C. §2253 Forfeiture |
| Defendant ) | |
| ) | |

### FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (Transportation of Child Pornography)

On or about April 5, 2003, within the District of Massachusetts, and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly transport and ship in interstate commerce by means of a computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(a)(4)(B), and which visual depictions were of such conduct; that is, images with the following computer file names: 0101300.jpg, 0101400.jpg, 0101500.jpg, and 0101600.jpg.

In violation of Title 18, United States Code, Section 2252(a)(1).

## COUNT 2
### (Receipt of Child Pornography)

Between on or about May 1, 2003 and January 14, 2004, within the District of Massachusetts and elsewhere,

### DARREN F. WILDER,

defendant herein, did knowingly receive, and attempt to receive, visual depictions, that is, digital files including, but not limited to: Dscn1841.jpg; Dscn1899.jpg; Dscn1919.jpg; Dscn1927.jpg; Dscn1928.jpg; Dscn1931.jpg; Dscn1934.jpg; 4855624.jpg; 4855625.jpg; 4855610.jpg; and 4855611.jpg; 4855612.jpg; and 4855614.jpg, that had been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(a)(4)(B) and such depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3
## (Possession of Child Pornography)

On or about December 18, 2003, within the District of Massachusetts, and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly possess one or more matters, that is, computer hard drive(s) and computer media, which contained visual depictions; that is, digital images including but not limited to: 00898.jpg; 00899.jpg; 00895.jpg; 00900.jpg; 01039.jpg; 01044.jpg; 01045.jpg; 01054.jpg; 01055.jpg; (pthc)open-f09-[full].mpg; (pthc)+rca4m.mpg; and r@ygold-n3.mpg that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A) and which visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION
### (Child Pornography)

1.   The foregoing, allegations of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.   If convicted of an offense set forth above, DARREN F. WILDER, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the receipt, possession or transportation of visual depictions of minors engaging in sexually explicit conduct. Such property includes, but is not limited to, the following specific items found in the possession of DARREN F. WILDER on or about January 14, 2004:

   A. Hewlett Packard Vectra computer tower (S/N US01312828)

   B. Hewlett Packard desktop computer (S/N US 92813379).

A TRUE BILL:

_____
Foreperson

MICHAEL J. SULLIVAN
United States Attorney

_____
Sherri A. Stephan, Trial Attorney
Child Exploitation and Obscenity Section
United States Department of Justice

DISTRICT OF MASSACHUSETTS, Boston, January 19, 2005.  Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:25P

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**      Category No. __II__      Investigating Agency __ICE__

**City** __Dracut__      **Related Case Information:**

**County** __Middlesex__      Superseding Ind./Inf. _____    Case No. __04-10217-GAO__
Same Defendant __Yes__    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __03-1648-CBS__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Darren F. Wilder__      Juvenile ☐ Yes ☒ No

Alias Name _____

Address __5 Valley Road, Dracut, Massachusetts__

Birth date: __3/27/70__    SS#: __030466070__    Sex: __M__    Race: __Caucasian__    Nationality: __U.S.__

Defense Counsel if known: __Peter Horstmann,__    Address: __200 Berkeley Street, 16th Floor__
__Boston, MA 02116__

Bar Number: __556377__

**U.S. Attorney Information:**

AUSA __Sherri A. Stephan, Trial Attorney USDOJ__    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as __serving a sentence__ in __Fort Devens__ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __three__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __January 19, 2005__      Signature of AUSA: *SAStephan*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant    Darren F. Wilder

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §2452(a)(1) | Transportation of Child Pornography | 1 |
| Set 2  18 U.S.C. §2252(a)(2)(b)(1) | Attempt/Receipt of Child Pornography | 2 |
| Set 3  18 U.S.C. §2252(a)(4)(B) | Possession of Child Pornography | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

**District Court Case Number** (To be filled in by deputy    _____

**Name of Defendant**    Darren F. Wilder
Wilder JS45R.wpd - 3/13/02