UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | Case No. 04-10217-GAO |
| ) | |
| ) | 18 U.S.C. §2252(a)(1) Transportation of Child |
| ) | Pornography |
| v. ) | 18 U.S.C. §2252(a)(2), (b)(1) Attempt/Receipt |
| ) | of Child Pornography |
| ) | 18 U.S.C. §2252(a)(4)(B) Possession of Child |
| DARREN F. WILDER ) | Pornography |
| ) | 18 U.S.C. §2253 Forfeiture |
| Defendant ) | |
| ) | |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### (Transportation of Child Pornography)

On or about April 5, 2003, within the District of Massachusetts, and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly transport and ship in interstate commerce by means of a computer, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A), and which visual depictions were of such conduct; that is, images with the following computer file names: 0101300.jpg, 0101400.jpg, 0101500.jpg, and 0101600.jpg.

In violation of Title 18, United States Code, Section 2252(a)(1).

## COUNT 2
### (Receipt of Child Pornography)

Between on or about May 1, 2003 and January 14, 2004, within the District of Massachusetts and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly receive, and attempt to receive, visual depictions, that is, digital files including, but not limited to:   Dscn1841.jpg; Dscn1899.jpg; Dscn1919.jpg; Dscn1927.jpg; Dscn1928.jpg; Dscn1931.jpg; Dscn1934.jpg; 4855624.jpg; 4855625.jpg; 4855610.jpg; and 4855611.jpg; 4855612.jpg; and 4855614.jpg, that had been mailed, shipped and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A) and such depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3
(Possession of Child Pornography)

On or about December 18, 2003, within the District of Massachusetts, and elsewhere,

DARREN F. WILDER,

defendant herein, did knowingly possess one or more matters, that is, computer hard drive(s) and computer media, which contained visual depictions; that is, digital images including but not limited to: 00898.jpg; 00899.jpg; 00895.jpg; 00900.jpg; 01039.jpg; 01044.jpg; 01045.jpg; 01054.jpg; 01055.jpg; (pthc)open-f09-[full].mpg; (pthc)+rca4m.mpg; and r@ygold-n3.mpg that had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2)(A) and which visual depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION
### (Child Pornography)

1.  The foregoing, allegations of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.  If convicted of an offense set forth above, DARREN F. WILDER, the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the receipt, possession or transportation of visual depictions of minors engaging in sexually explicit conduct. Such property includes, but is not limited to, the following specific items found in the possession of DARREN F. WILDER on or about January 14, 2004:

   A. Hewlett Packard Vectra computer tower (S/N US01312828)

   B. Hewlett Packard desktop computer (S/N US 92813379).

A TRUE BILL:

_____
Foreperson

MICHAEL J. SULLIVAN
United States Attorney

_____
Dena Sacco
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 26, 2005. Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
12:40 p.

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| | |
|---|---|
| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**  Category No. _II_  Investigating Agency _ICE_

**City** _Dracut_  **Related Case Information:**

**County** _Middlesex_  Superseding Ind./ Inf. _____  Case No. _04-10217-GAO_
Same Defendant _Yes_  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _03-1648-CBS_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _Darren F. Wilder_  Juvenile ☐ Yes ☒ No

Alias Name _____

Address _5 Valley Road, Dracut, Massachusetts_

Birth _3/27/70_  SS#: _030466070_  Sex: _M_  Race: _Caucasian_  Nationality: _U.S._

**Defense Counsel if known:** _Peter Horstmann,_  Address: _200 Berkeley Street, 16th Floor_
_Boston, MA 02116_
**Bar Number:** _556377_

**U.S. Attorney Information:**

AUSA _Sherri A. Stephan, Trial Attorney USDOJ_  Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No  List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested  ☐ Regular Process  ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _serving a sentence_ in _Fort Devens_
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony _three_

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _January 26, 2005_  **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant     Darren F. Wilder

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §2452(a)(1) | Transportation of Child Pornography | 1 |
| Set 2 | 18 U.S.C. §2252(a)(2)(b)(1) | Attempt/Receipt of Child Pornography | 2 |
| Set 3 | 18 U.S.C. §2252(a)(4)(B) | Possession of Child Pornography | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:  _____