# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

**Peter Charles Horstmann**
pete@horstmannlaw.com

February 7, 2005

Lisa Roland, Docket Clerk
to the Hon. Charles B. Swartwood III
404 Harold D. Donohue Courthouse
595 Main Street
Worcester, MA 01608-2076

Re:   *United States v. Darren Wilder*
      *Docket No. 04-10217*-GAO

Dear Ms. Roland:

This letter is to confirm your conversation with my office today, that due to scheduling conflicts I have requested, and you have agreed to set, Darren Wilder's arraignment and bail hearing before Judge Swartwood, for February 28, 2005, at 2:30 pm.

If you have any questions, please contact me.

Very truly yours,

Peter Charles Horstmann

PCH:fl

cc: Sheri Stephan