IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10217-GAO |
| v. ) | |
| ) | |
| DARREN F. WILDER ) | |
| ) | |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION OF DEFENDANT PURSUANT TO 18 U.S.C. §3142

The United States of America, by and through its counsel, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Sherri A. Stephan, Trial Attorney, United States Department of Justice, Criminal Division, Child Exploitation and Obscenity Section, hereby moves this court pursuant to Title 18, United States Code, Section 3142(f) to detain Defendant until resolution of his detention hearing and in support of this motion avers as follows:

1. On November 9, 2000, in the District Court in the District of Massachusetts, Defendant was sentenced to 27 months incarceration followed by 24 months of supervised release after pleading guilty to possession of child pornography at case number 1:00-cr-10146-PBS.

2. He was released from incarceration and placed on supervised release November 2, 2002.

3. On May 28, 2004, Defendant was found in violation of the terms of his supervised release by the Honorable Judge Patti B. Saris based on two findings: that Defendant committed another criminal offense while under supervision (the offenses now before this court) and that he failed to truthfully answer all inquiries and follow the instructions of his probation officer. As a

result he was re-incarcerated for an additional 13 months.

4. Defendant is due to be released on March 3, 2005.

5. A second superseding indictment was returned in the matter now before this Court on January 26, 2005 charging defendant in three counts with the transportation, receipt and possession of child pornography.

6. This Honorable Court scheduled Defendant's arraignment on the second superseding indictment for March 4, 2005.

7. The Government is requesting pretrial detention of Defendant.

8. This Court scheduled a detention hearing for the same date as Defendant's arraignment, March 4, 2005.

9. Pursuant to Title 18, United States Code, Section 3142(f), this Court is entitled to detain Defendant pending resolution of the Government's detention motion.

WHEREFORE, the United States respectfully requests this Honorable Court enter an order of detention from March 3, 2005 until such time as this Court enters judgment with respect to the Government's detention motion.

Respectfully submitted,
Michael J. Sullivan
United States Attorney
District of Massachusetts

By: /s/ Sherri A. Stephan

Sherri A. Stephan, Trial Attorney
Child Exploitation and Obscenity Section
U.S. Department of Justice
1400 New York Avenue, NW, 6th Floor
Washington, D.C. 20005
202-353-4438

## CERTIFICATE OF SERVICE

I, Sherri A. Stephan, hereby certify that on this 22nd day of February, 2005, a true copy of the foregoing Motion for Pretrial Detention was served by sending it by first class mail upon:

Peter C. Horstmann, Esquire
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116

Sherri A. Stephan, Trial Attorney, USDOJ