IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
 )   Criminal No. 04-10217-GAO
v. )
 )
 )
DARREN F. WILDER )
 )

## ORDER OF TEMPORARY DETENTION PENDING HEARING

This matter having come before this Court pursuant to a motion of the United States requesting temporary detention of Defendant pending a formal detention hearing, pursuant to Title 18, United States Code, Section 3142(f), it is hereby ORDERED that Defendant be detained pending further order of this Court.

Date: _____

_____
The Honorable Charles B. Swartwood
United States Magistrate Judge