IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-10217-GAO |
| v. ) | |
| DARREN F. WILDER ) | |

## ORDER OF TEMPORARY DETENTION PENDING HEARING

This matter having come before this Court pursuant to a motion of the United States requesting temporary detention of Defendant pending a formal detention hearing, pursuant to Title 18, United States Code, Section 3142(f), it is hereby ORDERED that Defendant be detained pending further order of this Court.

Date: 2-25-05

The Honorable Charles B. Swartwood
United States Magistrate Judge