# EXHIBIT 2

## UNIFORM RESIDENTIAL APPRAISAL REPORT

### Valuation Section — Cost Approach

| | | | |
|---|---|---|---|
| ESTIMATED SITE VALUE | | = $ | 135,000 |
| ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS: | | | |
| Dwelling 2252 Sq. Ft. @ $ | 86.21 | = $ | 194145 |
| Basement 1168 Sq. Ft. @ $ | 17.70 | = | 20674 |
| Barn, appliances, deck, fireplace, etc. | | = | 47709 |
| Garage/Carport 576 Sq. Ft. @ $ | 27.30 | = | 15725 |
| Total Estimated Cost-New | | = $ | 278253 |
| Less  Physical / Functional / External | 2 / 0 / 0 | | |
| Depreciation 5565 / 0 / 0 | | = $ | 5565 |
| Depreciated Value of Improvements | | = $ | 272688 |
| "As-is" Value of Site Improvements | | = $ | 5000 |
| INDICATED VALUE BY COST APPROACH | | = $ | 412688 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and, for HUD, VA and FmHA, the estimated remaining economic life of the property): Cost figures from Marshall & Swift Residential Cost Guide, 2 Story, Good Quality.

Garage has a high pitch.

Barn is 1152 s.f. - 1 story.

Current and local multipliers used.

Site value from town data and recent sales in the area.

### Sales Comparison Analysis

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 298 Haverhill Road, Chester, NH 03036 | 44 Morgan Lane, Chester, NH | | 31 Pulpit Rock Road, Chester, NH | | 64 Fiddlehead Lane, Chester, NH | |
| Proximity to Subject | | 1.02 Miles NE | | 0.87 Miles SSE | | 2.13 Miles NW | |
| Sales Price | $ N/A | | $ 365,000 | | $ 365,000 | | $ 370,000 |
| Price/Gross Liv. Area | $ | $ 165.31 | | $ 141.47 | | $ 140.47 | |
| Data and/or Verification Sources | Inspection | Exterior view and MLS | | Exterior view and MLS | | Exterior view and MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing Concessions | | None known | | None known | | None known | |
| Date of Sale/Time | | 1/9/05 | | 4/16/04 | 8213 | 6/15/04 | 4625 |
| Location | Suburban | Similar | | Similar | | Similar | |
| Leasehold/Fee Simple | Fee Simple | Similar | | Similar | | Similar | |
| Site | 2.470 acres | 3.26 acres | -1200 | 5.20 acres | -4100 | 2.03 acres | 750 |
| View | Neighborhood | Similar | | Similar | | Similar | |
| Design and Appeal | Colonial/Good | Similar | | Similar | | Similar | |
| Quality of Construction | Good | Similar | | Similar | | Similar | |
| Age | 8 yrs. | 7 yrs. | | 6 yrs. | | 4 yrs. | |
| Condition | Good | Similar | | Similar | | Similar | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 2.50 | Total 8 / Bdrms 3 / Baths 2.50 | | Total 8 / Bdrms 4 / Baths 2.50 | -2000 | Total 8 / Bdrms 4 / Baths 2.50 | -2000 |
| Gross Living Area | 2252 Sq. Ft. | 2208 Sq. Ft. | 1144 | 2580 Sq. Ft. | -8528 | 2634 Sq. Ft. | -9932 |
| Basement & Finished Rooms Below Grade | Full / Minimal finish | Similar / Similar | | Similar / 1 finished room | -2500 | Similar / None | 1500 |
| Functional Utility | Good | Similar | | Similar | | Similar | |
| Heating/Cooling | FHW/None | Similar | | Similar | | Similar | |
| Energy Efficient Items | Good | Similar | | Similar | | Similar | |
| Garage/Carport | 2-Attached | Similar | | 2-Under | 3000 | 2-Under | 3000 |
| Porch, Patio, Deck, Fireplace(s), etc. | Deck / 1-Fireplace | Deck/Patio / Similar | -1500 | Deck/Porch / Similar | -3000 | Similar / Similar | |
| Fence, Pool, etc. | Fence | None | 2500 | None | 2500 | None | 2500 |
| | Barn | None | 12000 | None | 12000 | None | 12000 |
| Net Adj. (total) | | [X] + [ ] - $ | 12944 | [X] + [ ] - $ | 5585 | [X] + [ ] - $ | 12443 |
| Adjusted Sales Price of Comparable | | G: 5.03% / N: 3.59% $ | 377944 | G: 12.56% / N: 1.53% $ | 370585 | G: 9.81% / N: 3.36% $ | 382443 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): All comparables are similar in location, design, appeal, quality of construction, and condition. Time adjusted at 6% to September 1, 2004 for comparables #2 and #3. Living areas adjusted at $26.00 p.s.f. Excess land adjusted at $1500 per acre. Chester is a small spread out town. It was necessary to expand the database beyond 1 mile in order to obtain suitable comparable sales. Overall, comparable #1 is rated most similar.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | | | | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: No known sale or listing of the subject or comparables within the past 3 years other than in sales grid above.

INDICATED VALUE BY SALES COMPARISON APPROACH ........................ $ 379,000
INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier = $ N/A

The appraisal is made [X] "as is" [ ] subject to the repairs, alterations, inspections, or conditions listed below [ ] subject to completion per plans and specifications.
Conditions of Appraisal: See attached addendum. All three approaches to value have been considered in the final value estimate. The Income Approach is not used since investors rarely purchase single family homes for income. Data is rare.
Final Reconciliation: Most emphasis is on the Sales Comparison Approach as it is the most reliable method to determine Market Value. It is the most recognized approach by informed buyers and sellers. The Cost Approach tends to set higher values. This appraisal is a summary report as defined by the Board of Appraisal Foundation and complies with USPAP.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised 6/93 ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF February 8, 2005 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 379,000.00
THREE HUNDRED AND SEVENTY NINE THOUSAND DOLLARS

APPRAISER:
Signature: D. Frederick Blake
Name: D. Frederick Blake
Date Report Signed: February 11, 2005
State Certification #: NHCR #105
Or State License #:
State: NH

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature:
Name:
Date Report Signed:
State Certification #:
Or State License #:
State:

[ ] Did  [ ] Did Not Inspect Property

Freddie Mac Form 70  6-93     This form was reproduced by United Systems Software Company (800) 969-8727 - Page 2     Fannie Mae Form 1004  6-93