AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| DARREN WILDER | Case Number: 04-10217-GAO |

| PRESIDING JUDGE SWARTWOOD | PLAINTIFF'S ATTORNEY STEPHAN | DEFENDANT'S ATTORNEY HORSTMANN |
|---|---|---|
| TRIAL DATE (S) 3/4/2005 | COURT REPORTER 10:20 A | COURTROOM DEPUTY Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 3/4/2005 | | | Colleen Forgetta |
| | | | | | Gary Wilder |
| | | | | | Pamela Wilder |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 3/4/2005 | X | X | Grand Jury Transcript |
| | A | 3/4/2005 | X | X | 5 Character Letters for Dft |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages