# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

Peter Charles Horstmann
pete@horstmannlaw.com

March 9, 2005

Lisa Roland, Docket Clerk
 to the Hon. Charles B. Swartwood III
404 Harold D. Donohue Courthouse
595 Main Street
Worcester, MA 01608-2076

Re:   *United States v. Darren Wilder*
      Docket No. 04-10217-GAO

Dear Lisa:

Please accept this letter as a request for a copy of the tape/transcript of the Detention Hearing, which was held in the above-referenced matter on March 4, 2005.

If you have any questions, please contact me.

Very truly yours,

Peter Charles Horstmann

PCH:fl