UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DARREN WILDER

CRIMINAL NO. 04-10217-GAO

50

## AFFIDAVIT OF OWNER OF CASH DEPOSIT

I, __DARREN WILDER__, on oath say that I reside at __298 Haverhill Road, Chester, NH__ zip code __03036__ and that the $ __50,000.00__ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address or other location so designated by me upon exoneration of this bond. I understand that if the defendant violates <u>any</u> of the conditions of release the deposit may be forfeited. A request for return of security should be made in writing after the conclusion of all proceedings. Funds not claimed within five (5) years after the conclusion of the case will be forwarded to the U.S. Treasury.

Sworn to and subscribed before me.

_____
Deputy Clerk

3/24/2005
Date

_____
Signature of Owner of Cash Deposit

*NOTE: Deposit will be in a non-interest bearing account unless otherwise ordered pursuant to Local Rule 67.2(c)

### PROCEDURES FOR RETURN OF CASH DEPOSIT

1. Call (617) 748-9134 or write the Court's Accounting Office at the conclusion of the case.

   Clerk, U.S. District Court - Suite 2300
   John Joseph Moakley United States Courthouse
   1 Courthouse Way
   Boston, MA   02210
   Attention: Accounting Office

2. If a cash deposit is to be returned to someone other than the original depositor, the assignment of bail section below should be completed, notarized and returned to the Accounting Office.

3. A refund in the form of a U.S. Treasury check should be available within five (5) working days after receipt of a request for refund. It will be mailed via registered mail to the address indicated on the receipt or may be picked up by the owner at the Clerk's Office. Photo identification will be required.

### ASSIGNMENT OF BAIL

I, _____, do hereby assign all my interest and ownership of the above bond to the following person: _____.

Notary Seal

_____
Address

_____
Signature of Owner of Cash Deposit

_____
Signature of Notary

_____
Date

[kaff.]

(Wilder Bail Affidavit.wpd - 04/01)