# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

---

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

**Peter Charles Horstmann**
pete@horstmannlaw.com

October 19, 2005

**_Filed Electronically_**

The Honorable George A. O'Toole, Jr.
United States District Court for
the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 4710
Boston, MA 02210

      RE:    <u>_United States v. Darren Wilder_</u>
               <u>Criminal Case No. 04-10217-GAO</u>

Dear Judge O'Toole:

      On September 9, 2005, I filed the Defendant's Motion for Production of Discovery with the Court. _(See_ Document No.: 43). To date, the Government has not opposed said Motion, and the Court has not issued a ruling or endorsed the proposed Protective Order, which was attached to the Motion. Given the impending trial date of December 5, 2005, I am concerned that if this matter is not resolved shortly, I will need to seek a continuance on the Defendant's behalf. I have enclosed a copy of the Motion and proposed Order for your review.

      Thank you for attention to this matter.

                                                      Very truly yours,

                                                        Peter Charles Horstmann

PCH:fl
Enclosure

cc:     Sherri A. Stephan, Trial Attorney