**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Criminal No. 04-cr-10217-GAO |
| )  | |
| v.                        ) | |
| )  | |
| DARREN F. WILDER          ) | |
| )  | |

**NOTICE OF APPEARANCE**

Please enter my appearance for the United States in the above captioned matter.

                              Respectfully Submitted
                              For the United States of America

                              /s/Dana Gershengorn
                              Dana Gershengorn
                              Assistant U.S. Attorney
                              One Courthouse Way, 9th FL
                              Boston, MA 02210
                              (617) 748-3120
                              FAX: (617) 748-3954
                              EMAIL: Dana.Gershengorn@usdoj.gov
                              DC BAR # 453740
                              *ATTORNEY TO BE NOTICED*

Dated: November 4, 2005