IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10217-GAO |
| v. ) | |
| ) | |
| DARREN F. WILDER ) | |
| _____) | |

**JOINT MOTION TO AMEND PROTECTIVE ORDER**

The parties respectfully move that this Honorable Court amend the Protective Order issued on November 30, 2005, by adopting the Protective Order agreed to by the parties and attached hereto.

                                              Respectfully submitted,

DARREN F. WILDER                          MICHAEL J. SULLIVAN
Defendant                                          United States Attorney

By His Attorney

By: /s/Peter C. Horstmann                By: /s/Dana Gershengorn
PETER C. HORSTMANN, Esq.           DANA GERSHENGORN
                                                        Assistant United States Attorney

                                                        SHERRI A. STEPHAN
                                                        Trial Attorney
                                                        United States Department of Justice

Date: December 2, 2005