UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )    CRIMINAL NO. 04-10217-GAO
                                )
DARREN WILDER                   )

_____    PROTECTIVE ORDER

**IT IS HEREBY ORDERED:**

1.   The defendant shall provide to the government a blank hard
     drive for the purpose of obtaining a mirror copy of the
     defendant's hard drive ("The Copy") seized in the above
     referenced case.  The government shall make a mirror copy
     of the defendant's hard drive necessarily including any and
     all actual or alleged child pornography and/or contraband
     contained thereon, and provide it to defense counsel either
     in hand or via Federal Express.  If the government utilizes
     Federal Express, the government shall retain the tracking
     number issued by Federal Express until such time as delivery
     to defense counsel is confirmed. Defense counsel shall
     maintain The Copy as follows:

     a.   The Copy shall be maintained by defense counsel in
          accordance with this Order, and shall be used by
          counsel and employees of his office designated by
          defense counsel solely and exclusively in
          connection with this case (including trial
          preparation, trial and appeal).

     b.   The Copy shall be maintained only by defense
          counsel in a locked file or cabinet at all times,
          except while being actively utilized as provided
          for in this Order.

     c.   A copy of this Order shall be kept with The Copy
          at all times.

     d.   The Copy shall be accessed and viewed only by
          defense counsel and staff employed by defense
          counsel.

e.    Defendant himself shall not be permitted to access
      or view any graphic image file containing actual
      or alleged child pornography, on The Copy, without
      petition and prior order of this Court. However,
      defendant may access and view non-image data
      contained on The Copy for the purpose of assisting
      in the preparation of his defense in the presence
      of counsel and under the direct supervision and
      control of counsel.

f.    Any computer into which The Copy may be inserted
      for access and operation shall not be connected to
      a network while The Copy is inserted into any
      computer.

g.    The computer into which The Copy is inserted may
      be connected to a printer only under the following
      conditions: that any printer utilized is a local
      printer, that the printer may be connected only
      when and as necessary to print non-graphic image
      files, and that defense counsel or staff employed
      by defense counsel shall be personally present at
      all times a printer is connected.

h.    In no event shall any graphic image containing
      actual or alleged child pornography be copied,
      duplicated, or replicated, in whole or in part,
      including duplication onto any external media.

2.  The defendant's expert, whose name shall be provided to the
    Court, may view and retain The Copy, which includes evidence
    files for all media seized from defendant's work computer,
    necessarily including any and all actual or alleged child
    pornography and/or contraband contained thereon.  The expert
    shall maintain and secure The Copy in the following manner:

a.    The Copy shall be maintained by the expert in
      accordance with this Order, and shall be used by
      the expert solely and exclusively in connection
      with this case.

b.    The Copy shall be maintained by the expert in a
      locked drawer or filing cabinet in his/her office
      at all times, except while being actively utilized
      as provided for in this Order.

c.    A copy of this Order shall be kept with The Copy
      at all times.

d.    The Copy shall be accessed and viewed only by the designated expert and his/her  staff who the expert has given this Order to and who agree, in writing, to be bound by the requirements of this protective order.

e.     The expert shall maintain custody over The Copy and shall maintain a list of all staff granted access to it.

f.    Any computer into which The Copy may be inserted for access and operation shall not be connected to a network while the hard drive is inserted into any computer.

g.    The computer into which The Copy is inserted may be connected to a printer only under the following conditions: that any printer utilized is a local printer, that the printer may be connected only when and as necessary to print non-graphic image files, and that the expert or staff who are subject to this Order shall be personally present at all times a printer is connected.

h.    In no event shall any graphic image containing actual or alleged child pornography be copied, duplicated, or replicated, in whole or in part, including duplication onto any external media.

3.   The government shall provide any discoverable expert report (the Encase file) in this case pursuant to the timing requirements agreed upon in the Joint Report filed by the parties on October 21, 2004.

4.   Within 30 days of termination of this matter (including the termination of any appeal), defense counsel shall return (or cause the return of) The Copy to a representative of the Federal Bureau of Investigation. Upon the return of the copy of retained evidence, defense counsel shall file a brief report to the Court specifying that the terms of this Order have been complied with and reporting the return of the copies of evidence.

**IT IS SO ORDERED** this _____ day of December, 2005.

_____
United States District Judge