UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA    )
                            )
v.                          )    Docket No.: 00 CR 10146-001
                            )
DARREN WILDER               )
_____)

**ASSENTED TO MOTION TO ADVANCE OR CONTINUE PRE-TRIAL CONFERENCE**

NOW COMES the Defendant, through counsel, and respectfully moves this Honorable Court to reschedule the Pre-Trial Conference currently scheduled for February 27, 2006. In support thereof, counsel states the following:

1. At a hearing on November 22, 2005, the Parties agreed to a Pre-Trial Conference on March 2, 2006.

2. Thereafter, the Court, *sua sponte*, rescheduled the Pre-Trial Conference to February 27, 2006.

3. The undersigned counsel had purchased pre-existing travel arrangements which will keep him out of town until February 28, 2006.

4. Additionally, the week of February 17, 2006, is school vacation and either the undersigned counsel or the counsel for the Government is unavailable from February 16 through February 28, 2006.

5. Both counsel agree that given the complexities of the instant case a Pre-Trial Conference prior to February 16, 2006, is advisable.

6. The Government, through its representative Assistant United States Attorney

1

Dana Gershengorn, has assented to the instant motion.

WHEREFORE, this Honorable Court is respectfully urged to advance or continue the Pre-Trial Conference.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, Esquire, hereby certify that on this 19th day of January, 2006, a copy of the foregoing ASSENTED TO MOTION TO CONTINUE OR ADVANCE PRE-TRIAL CONFERENCE was served electronically and by e-mail upon Dana Gershengorn, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210

Peter Charles Horstmann, Esquire