UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CASE NO. 04CR10217GAO |
| v. | ) ) |  |
| DARREN F. WILDER | ) ) |  |
| _____ | ) |  |

**MOTION FOR JURY QUESTIONNAIRE**

  NOW COMES the Defendant, Darren Wilder, through counsel, and respectfully submits the attached Jury Questionnaire and requests that the Court provide the prospective jury panels with said Questionnaire prior to the *Jury Voir Dire* in the instant case.  It is respectfully submitted that a jury questionnaire is useful in this case because of the inflammatory nature of the charges and character of the evidence the jury will receive in this case.  A similar questionnaire using questions 1, 2, 3 and 4 was approved by Judge Saris in the case of *United States v. Dwinell, Docket No.: 04-10010* which was tried on July 28, 2005.

WHEREFORE, this Honorable Court is respectfully urged to utilize the attached jury questionnaire during the jury selection process.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 17th day of February, 2006, a copy of the foregoing MOTION FOR JURY QUESTIONNAIRE was served electronically and by e-mail upon Sherri Stephan, U.S. Department of Justice Child Exploitation and Obscenity Section 1400 New York Avenue NW, 6th Floor, Washington, DC 20005 and upon Dana Gershengorn, AUSA, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire