Juror #_____

## **PERSONAL AND CONFIDENTIAL**

Re:     Federal Jury Service

Dear Juror:

You have been chosen for jury service in the United States District Court for the District of Massachusetts.  You should have received a Summons from the clerk directing you to appear at the United States Courthouse in Boston, Massachusetts on March 13, 2006.  Along with that Summons, the Clerk enclosed a "Juror Information Card" (Form A0-229).  You have probably filled it out and returned it to the Clerk by now.

The attached is a more detailed "Juror Questionnaire".  Please complete it at this time. The time and effort you invest now should save you (and many others) much time and effort in the future.

The Court greatly appreciates your cooperation.

Very truly yours,

_____

Clerk

## INSTRUCTIONS FOR JURORS

The attached questions must be answered by you. They will assist the Judge and the lawyers in selecting a jury. Your complete written answers will save a great deal of time for the Judge, for the lawyers and for you.

Take your time. Answer all the questions to the best of your ability. DO NOT ASK FOR HELP.

There are no right or wrong answers. The only requirement is that the answers be full and honest.

We need you candid answers so that we pick a fair and impartial jury for a trial involving criminal accusations. The Judge and the lawyers realize that every person has beliefs and prejudices concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of you answers will qualify or disqualify you from serving on this jury.

Do not assume anything from these questions. The fact that they are being asked does not necessarily have anything to do with the evidence that you will hear.

Please fully answer each question to the best of your ability. Write or print clearly. You must not ask anyone for help. Do the best you can. That will be good enough.

If you cannot answer a question because you do not understand it, write "Do not understand" in the space provided. If you cannot answer because you do not know, write "Do not know" in the space after the question. If you need extra space to answer any question, please take advantage of the sheet

2

## PERSONAL AND CONFIDENTIAL JURY QUESTIONNAIRE

of paper provided at the end of the questionnaire.  Rather than leaving out information, turn to the back and complete you answers on the blank sheet provided.

We are sure you understand the importance of juries to our American system of justice. We are confident that you also appreciate your duty as a citizen to serve as a juror if you are eligible.  Your cooperation in completing and returning this "Juror Questionnaire" is part of that duty.  Without your help our courts cannot operate properly in accordance with the United States Constitution.

**PERSONAL AND CONFIDENTIAL JURY QUESTIONNAIRE**

Juror #_____

# **Jury Questionnaire**

1.  Were you personally affected by the recent priest sex abuse scandal here in the Boston

Archdiocese?  If so, how?

_____

_____

_____

2.  Have you or has anyone in your family ever been a victim of sexual abuse?

_____

_____

_____

3.  Have you or has anyone in your family ever been accused of sexually abusing someone else?

_____

_____

_____

**PERSONAL AND CONFIDENTIAL**

4.  Do you have children?  Do they use the internet?  Do you have concerns about their use of the internet?  If so, why?

_____

_____

_____

5.  It is likely that nude images of children will be introduced into evidence in this case.  Is there anything about nude images of children which would effect your ability to be fair and impartial in this case?

_____

_____

_____

6.  Do you believe that it is a crime to possess nude images of children?

_____

_____

_____

**PERSONAL AND CONFIDENTIAL**

7.  The charges in this case involve the alleged possession/receipt/distribution of child pornography by computer.  Is there anything about the nature of the charges that makes you believe that you may not be able to be fair and impartial as a juror in this case?

_____

_____

_____


8.  Some of the images in this case which will be introduced into evidence may be disturbing because they involve children engaged in sexual acts.  Would the content of these images effect your ability to be fair and impartial?

_____

_____

_____


9.  Do you own a computer?

_____

_____

_____


**PERSONAL AND CONFIDENTIAL**

10.  Do you use a computer at work?

_____

_____

_____


11.  Have you ever used the internet?

_____

_____

_____


12.  If you have never used the internet, why not?

_____

_____

_____

13.  If you use the internet, do you have concerns about the security of your computer when you use the internet?

_____

_____

_____

14.  Has your computer ever been infected with a computer virus?

_____

_____

_____

15.  Has you computer ever been infected with spy wear?

_____

_____

_____

16.  Have you ever had to hire a computer expert to remove a virus or spy wear from your computer either at home or at work?

_____

_____

_____

17.  Do you have any computer training or degrees in computer science?

_____

_____

_____

18.  Does any aspect of your employment require you have an expertise in the operations of either the computer or the internet?

_____

_____

_____

**PERSONAL AND CONFIDENTIAL**

9

19.  Do you belong to any groups which advocate for stricter laws protecting children either from the internet or any other medium?

_____

_____

_____

20.  Do you belong to any groups which advocate for stricter laws protecting children from sexual abuse?

_____

_____

_____