UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CASE NO. 04CR10217GAO |
| v. | ) ) |  |
| DARREN F. WILDER | ) ) |  |
| _____ | ) |  |

**JOINT MOTION TO CONTINUE DEADLINE TO
FILE OPPOSITIONS TO MOTIONS IN LIMINE**

NOW COME the Parties in the instant matter and hereby move this Honorable Court to extend the deadline to file oppositions to Motions in Limine to Friday March 3, 2006. In support thereof, counsel state the following:

1. On February 14, 2006, this Court Ordered that Motions in Limine be filed by, Tuesday, February 21, 2006, and oppositions to said motions by February 28, 2006.

2. Thereafter, the Court scheduled a hearing on the motions for March 9, 2006.

3. Given the large number and complexity of the Motions in Limine filed to date, the Parties request additional time to file oppositions.

4.	Accordingly, the Parties request the Court extend the deadline to file oppositions to Motions in Limine to Friday, March 3, 2006.

Respectfully submitted,

*[signature]*

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999


-S- Dana Gershengorn
Dana Gershengorn, Esquire
Assistant United Sates Attorney
John Joseph Moakley United States Courthouse
1 Court House Way
Suite 9200
Boston, MA 02210