# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

**Peter Charles Horstmann**
pete@horstmannlaw.com

March 2, 2006

**BY HAND DELIVERY**
The Honorable George A. O'Toole, Jr.
United States District Court for
the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 4710
Boston, MA 02210

      Re:    United States v. Darren Wilder
              *Criminal Case No.: 04-CR-10217GAO*

Dear Judge O'Toole:

      Enclosed please find an internet copy of a Parade Magazine article which appeared on February 19, 2006, and which was enclosed in the Sunday edition of the Boston Globe and other regional newspapers on that date. This article is referenced in both the Defendant's Motion to Continue Trial Date and Defendant's Proposed Voir Dire Questions and may be the subject of a hearing on March 9, 2006. I will bring an original copy of the magazine with me to the hearing as I was unable copy the cover page.

                                                    Respectfully submitted,

                                                    Peter Charles Horstmann

cc:    Dana Gershengorn, AUSA
        Sherri Stephan, Esquire

PCH:eb