**EXHIBIT 5**





**Research Abstract**

### EnCase Legal Journal - Review The Latest Legal Standings and Issues Related to Forensics by Guidance Software, Inc.

> **View this now**

**Published on:** February 2006
**Type of content:** VENDOR WHITE PAPER
**Format:** Adobe Acrobat (.pdf)
**Length:** 155 pages
**Price:** FREE

> View Company Re[port]
> View all content by company
> Return to Search [Results]

**STILL HAVE QUEST[IONS?]**

E-Mail this Company

**Overview:**
Over the last decade, the field of computer investigations and forensics has expanded greatly, mirroring the explosion of digital data in society at large. What began as a practice of a select few technical experts has become a field in which thousands are involved. Computer evidence is now a mainstay not only in criminal matters, but also in civil discovery, internal corporate investigations, and computer security incident response. In each of these situations, the authentication and presentation of electronic evidence at trial is either a primary goal or, at a minimum, a consideration that the computer investigator must take into account.

This EnCase Legal Journal is provided with three goals in mind. First, it reports on court decisions involving EnCase software, as well as notable court decisions involving computer evidence in general. Second, it addresses how the EnCase process facilitates the authentication and admission of electronic evidence in light of past
industry practices and the current status of the law, providing investigators and their counsel with an added resource when addressing questions involving computer forensics and the use of EnCase software. Third, it focuses on the collection and preservation of electronic evidence in civil matters and internal investigations, as well as certain legal issues (such as workplace privacy) that arise in that context.

Just as Guidance Software is committed to ongoing product research and development, so must we also be on top of the latest legal developments impacting this field. As such, this journal should be considered as a work perpetually in progress.

View this now

**Guidance Software, Inc. recommends the following related solutions and research:**
**A Revolution in Enterprise eDiscovery EnCase Enterprise Search and Collection Suite** - February 01, 2006 (WEBINAR)
**EnCase® Enterprise - Network-enabled, Enterprise Investigation Solution** (SOFTWARE PRODUCT)
**Financial Regulations Mandate Incident Response and Computer Forensics** - February 01, 2006 (VENDOR WHITE PAPER)
**Incident Response Mandates under Gramm-Leach-Bliley** - February 01, 2006 (VENDOR WHITE PAPER)
**Sarbanes-Oxley Revisited: Internal Computer Investigations as a Critical Control Activity** - February 01, 2006 (WEBINAR) .

▸ **The Complete KnowledgeStorm Network** of Technology Search Sites. Focused searching for faster results.

Featured Companies | Get Listed on KnowledgeStorm | Information for IT Providers | About KnowledgeStorm | Contact Us | Help
Solution & Research Index | Recent Searches
United Kingdom is a part of the KnowledgeStorm Network.

http://knowledgestorm.co.uk/search/viewabstract/ksuk/80748/index.jsp      3/3/2006

Copyright 2006 KnowledgeStorm, Inc. All rights reserved. Privacy Statement - Terms of Use