**EXHIBIT 6**

Case 1:04-cr-10217-GAO    Document 75-7    Filed 03/03/2006    Page 1 of 3



**informit network** | Other Network

**ADDISON-WESLEY**

Search

| Home | Products | Safari Bookshelf | Authors | Promotions | Chapters & Articles | Alliances & Imprints | Log In | My Accoun |

**New    Popular   Site Help**

Home > Articles > Security > Computer Forensics > The Role of Computer Forensics in Stopping Executive Fraud

# The Role of Computer Forensics in Stopping Executive Fraud

By Scott Laliberte, Ajay Gupta.
Sample Chapter is provided courtesy of Addison Wesley Professional.
Date: Oct 1, 2004.

Save    Discuss    Print    E-mail

### Article Information

**Contents**
1. Introduction: The Whistle-Blower
2. Preparation
3. Evidence Collection and Chain of Custody
4. Drive Imaging
5. Review of the Logical File Structure
6. Review of Unallocated Space and File Slack
7. Smoking Gun
8. Reporting
9. Lessons Learned

**Article Description**
Virtual evidence is an important part of nearly every modern corporate crime investigation, and proper handling of that evidence can mean the difference between a conviction and a criminal walking free. In this chapter, you'll learn how to properly investigate computer evidence in a corporate environment.

**From the Book**



Defend I.T.: Security by Example
$31.49 (Save 10%)

**You May Also Like**

**The Role of Architectural Risk Analysis in Software Security**
By Gary McGraw
Mar 3, 2006

**Stuart McClure's Daily Security Tips for the Week of November 11th**
By Stuart McClure
Nov 8, 2002

**Stuart McClure's Daily Security Tips for the Week of November 18th**
By Stuart McClure
Nov 15, 2002

See All Related Articles

**Search Related Safari**

## 15.5 Review of the Logical File Structure

After imaging the suspect hard drives, we reviewed the logical file structure. To facilitate this process, our team used the EnCase Forensic Edition software. This is a licensed software tool. By using our Linux servers, previously used for hard drive imaging, as file servers (utilizing Samba as the mechanism for file sharing), our Windows-based analysis machines could access the raw data files that contained images of our suspects' hard drives.

With EnCase as our tool, we opened each raw data file and began our analysis. EnCase has the built-in technology to read the file and present the data as if it were actually connected to a hard drive. The view that is represented is similar to what an average Windows-based computer user sees when accessing the Windows Explorer utility (see Figure 15.2).



**Figure 15.2 EnCase Logical File Structure Review**

A review of logical file structure involves both automated and manual procedures. The computer forensic software being utilized facilitates the automated procedures. By using EnCase, we were able to search through the directories of the suspect's computer system and quickly locate any files that seemed pertinent to our investigation. As a follow-up method, we looked through the directories manually to identify any files that might not have been detected during our automated search with EnCase.

Each file we located that was deemed pertinent to our investigation was copied to the analysis drive, to be included in our computer forensic analysis report. When performing this step it is important to record the logical address of the file. This is the full path name; for example, the full path name of the System32 directory on many Windows NT/2K/XP computers is C:\Winnt\System32.

Previous Section | 6. Review of Unallocated Space and File Slack | Next Section

**Make a New Comment**

You must login in order to post a comment.

**Books**



Search electronic versions of over 1500 technical books:

Search

**Promotions**

**Buy One Get One Half Price**
Expires: Never

**Do You Have an Effective Security Strategy?**
Expires: Never

**Download Audio Interview with "Exploiting Software" Authors**
Expires: Never

See All Promotions

**Most Popular Articles**

**Secure Coding in C and C++: Strings**
By Robert Seacord
Dec 1, 2005

**Computer Forensics: Tracking an Offender**
By Jay G. Heiser, Warren G. Kruse II
Nov 30, 2001

**The Role of Computer Forensics in Stopping Executive Fraud**
By Scott Laliberte, Ajay Gupta
Oct 1, 2004



About | Legal Notice | Privacy Policy | Press | Jobs | Write For Us | Contact Us | Advertise | Site Map

© 2006 Pearson Education, Addison-Wesley Professional. All rights reserved.
75 Arlington Street, Suite 300, Boston, MA 02116

**informit network**