UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CASE NO. 04CR10217GAO |
| v. | ) ) |  |
| DARREN F. WILDER | ) ) |  |

**DEFENDANT'S WITNESS LIST**

    NOW COMES Defendant, through counsel, and hereby states that he may call the following witnesses at trial:

1. Gary Wilder, Chester, NH
2. Dr. Eric Cole, Ph.D., VA
3. Craig Orzi, USPO[*]
4. Kathryn Chapman, Clearview Center, Tyngsboro, MA[*]

---

[*]These witnesses may only be called if the Defendant's prior conviction is introduced into evidence.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, Esquire, hereby certify that on this 7th day of March, 2006, a copy of the foregoing DEFENDANT'S WITNESS LIST was served electronically upon Dana Gershengorn, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210 and upon Sherri A. Stephan, US Department of Justice, Child Exploitation and Obscenity Section, 1400 New York Avenue NW, 6th Floor, Washington, DC 20005

Peter Charles Horstmann, Esquire