## GOVERNMENT EXHIBIT LIST

| UNITED STATES OF AMERICA<br>v.<br><br>DARREN F. WILDER | COUNSEL<br><br>Sherri Stephan<br>Dana Gershengorn |
|---|---|
| **CASE NO.:   04-10217-GAO** | |
| | |

| No. | Item | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|
| | Lust Gallery – Preview Page | Johnson | | | |
| | UC Purchase Confirmation Email | Johnson | | | |
| | Image C33057.jpg | Nguyen | | | |
| | Image C33059.jpg | Nguyen | | | |
| | Image C33060.jpg | Nguyen | | | |
| | Image C33058.jpg | Nguyen | | | |
| | UC Purchase Confirmation Email 2 | Chase | | | |
| | Vectra hard-drive | Forgetta | | | |
| | Handwritten, page 1 | Forgetta | | | |
| | Handwritten, page 2 | Forgetta | | | |
| | Handwritten, page 3 | Forgetta | | | |
| | Handwritten, page 4 | Forgetta | | | |
| | Handwritten, page 5 | Forgetta | | | |
| | Handwritten, page 6 | Forgetta | | | |
| | Handwritten, page 7 | Forgetta | | | |
| | Handwritten, page 8 | Forgetta | | | |
| | Handwritten, page 9 | Forgetta | | | |

| | | | | |
|---|---|---|---|---|
| | Hand-written, page 10 | Forgetta | | | |
| | Hand-written, page 11 | Forgetta | | | |
| | Hand-written, page 12 | Moy | | | |
| | Chain of Custody Log | Nevaro | | | |
| | Springbegins Newsgroup Posting | Nguyen | | | |
| | Email to Springbegins | Nguyen | | | |
| | Image 0101300.jpg | Nguyen | | | |
| | Image 0101400.jpg | Nguyen | | | |
| | Image 0101500.jpg | Nguyen | | | |
| | Image 0101600.jpg | Nguyen | | | |
| | Image Dscn 1841.jpg | Nguyen | | | |
| | Image Dscn 1899.jpg | Nguyen | | | |
| | Image Dscn 1919.jpg | Nguyen | | | |
| | Image Dscn 1927.jpg | Nguyen | | | |
| | Image Dscn 1928.jpg | Nguyen | | | |
| | Image Dscn 1931.jpg | Nguyen | | | |
| | Image Dscn 1934.jpg | Nguyen | | | |
| | Image Dscn 0955.jpg (ref) | Nguyen | | | |
| | Image Dscn 1913.jpg (ref) | Nguyen | | | |
| | Image Dscn 1941.jpg (ref) | Nguyen | | | |
| | Index.dat log | Nguyen | | | |
| | Link File Report | Nguyen | | | |
| | List of dbx Files | Nguyen | | | |
| | Image _4855610.jpg | Nguyen | | | |
| | Image _ 4855611.jpg | Nguyen | | | |
| | Image _ 4855612.jpg | Nguyen | | | |
| | Image _ 4855614.jpg | Nguyen | | | |
| | Image _ 4855624.jpg | Nguyen | | | |

| | | | | |
|---|---|---|---|---|
| | Image _4855625.jpg | Nguyen | | |
| | Info2.xls – Excel | Nguyen | | |
| | Image 00895.jpg | Nguyen | | |
| | Image 00898.jpg | Nguyen | | |
| | Image 00899.jpg | Nguyen | | |
| | Image 00900.jpg | Nguyen | | |
| | Image 01039.jpg | Nguyen | | |
| | Image 01044.jpg | Nguyen | | |
| | Image 01045.jpg | Nguyen | | |
| | Image 01054.jpg | Nguyen | | |
| | Image 01055.jpg | Nguyen | | |
| | List of images/folders | Nguyen | | |
| | HTML page - 00895.jpg | Nguyen | | |
| | HTML page - 00898.jpg | Nguyen | | |
| | HTML page - 00899.jpg | Nguyen | | |
| | HTML page - 00900.jpg | Nguyen | | |
| | HTML page - 01039.jpg | Nguyen | | |
| | HTML page - 01044.jpg | Nguyen | | |
| | HTML page - 01045.jpg | Nguyen | | |
| | HTML page - 01054.jpg | Nguyen | | |
| | HTML page - 01055.jpg | Nguyen | | |
| | Charged files - List of File Attributes | Nguyen | | |
| | (a) and (b) 2 CDs containing (pthc)open-f09-[full].mpg; (pthc)+rca4m.mpg; r@ygold-n3.mpg | Nguyen | | |
| | Recovered web page – private video | Nguyen | | |
| | Movie file registry list | Nguyen | | |

3

| | | | | | |
|---|---|---|---|---|---|
| | Email to pz-studio | Nguyen | | | |
| | Favorites page | Nguyen | | | |
| | Image pret-005a-046.jpg | " | | | |
| | Image pret-005a-063.jpg | " | | | |
| | Image pret-005a-076.jpg | " | | | |
| | Image pret-005a-079.jpg | " | | | |
| | Image pret-005a-035.jpg | " | | | |
| | Image pret-005a-040.jpg | " | | | |
| | Image ca-109-34.jpg | " | | | |
| | Image ca-109-38.jpg | " | | | |
| | Image _luda+anya092.jpg | " | | | |
| | Purchase Confirmation-Wilder | | | | |
| | FBI report of examination for nadftk5.jpg | Musheno | | | |
| | FBI report of examination for nadftk7.jpg | Musheno | | | |
| | FBI report of examination for nadftk9.jpg | Musheno | | | |
| | FBI report of examination for nadftk11.jpg | Musheno | | | |
| | FBI report of examination for Dscn1841.jpg | Musheno | | | |
| | FBI report of examination for Dscn1899.jpg | Musheno | | | |
| | FBI report of examination for Dscn1919.jpg | Musheno | | | |
| | FBI report of examination for Dscn1927.jpg | Musheno | | | |
| | FBI report of examination for Dscn 1928.jpg | Musheno | | | |
| | FBI report of examination for Dscn1931.jpg | Musheno | | | |

| | | | | |
|---|---|---|---|---|
| | FBI report of examination for Dscn 1934.jpg | Musheno | | | |
| | FBI report of examination for 4855610.jpp | Musheno | | | |
| | FBI report of examination for 4855611.jpg | Musheno | | | |
| | FBI report of examination for 4855612.jpg | Musheno | | | |
| | FBI report of examination for 4855614.jpg | Musheno | | | |
| | FBI report of examination for 4855624.jpg | Musheno | | | |
| | FBI report of examination for 4855625.jpg | Musheno | | | |
| | Certified copy of prior conviction | Irvine | | | |

| UNITED STATES OF AMERICA<br>v.<br><br>DARREN F. WILDER | COUNSEL<br><br>Sherri Stephan<br>Dana Gershengorn |
|---|---|
| CASE NO.:   04-10217-GAO | |
| TRIAL - | |

| | Witness | Agency |
|---|---|---|
| | Special Agent Michell Chase | ICE |
| | Special Agent John Johnson | ICE |
| | Special Agent Colleen Forgetta | ICE |
| | Special Agent Michael Howard | ICE |
| | Lam Nguyen | U.S. Dept. Of Justice |
| | Thomas Musheno | FBI |

|  | Dr. Celeste Wilson | Children's Hospital |
|---|---|---|
|  | Richard Irvine | U.S.P.I.S. |
|  | Bernardo Navarro | ICE |