```
           IN THE UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        Plaintiff                )
                                )    Criminal No. 04-10217-GAO
        v.                      )
                                )
DARREN F. WILDER                )
                                )
        Defendant                )
_____)
```

**Proposed Admission of Defendant's Statements**

The United States of America hereby submits the following statements of the Defendant for admission at his trial, as stated or as redacted as follows:

1) Defendant was asked if he thought the agents would find child pornography on his computer and he responded: "Well you're here, you must think there is."

   Proposed:   Offered as stated.

2) Defendant stated that he didn't want to lie, he admitted to agents that he liked teenage girls.  He further stated the only images that the agents would find on his computer were not child pornography but were girls partially dressed and one young girl dancing around in her underwear.  He stated that all other images found on his computer were in "art" form.

   Proposed:   Offered as stated

3) Defendant further admitted to being "enticed" by certain Internet cites, stating that he has looked at the images but has never downloaded any images.

   Proposed:   Offered as stated.

4)   Defendant further stated that he lied to his probation officer when asked if he was using the Internet to access child pornography.

     Proposed: The witness would testify that Defendant stated that he lied *in the past* when asked if he was using the Internet to access child pornography.

5)   In response to a question asking Defendant about the name of a Russian child pornography website that he subscribed to on a monthly basis – Defendant responded that he thought the name of the website was called "Lust Gallery."

     Proposed: Offered as stated.

6)   When asked for the name of the Russian website he was currently subscribing to on a monthly basis, he stated he could not remember.

     Proposed: Offered as stated.

7)   Wilder blamed the "system" for not helping him, stating he was on a waiting list for treatment for several months while in jail.

     Proposed: Wilder blamed the "system" for not helping him, stating he was on a waiting list for treatment for several months.

8)   Wilder further stated a spot for treatment became available one month before he was released.

     Proposed: Wilder stated a spot for treatment became available.

9)   Wilder further stated that the treatment he is receiving is not helping and that he only has about 15 minutes a month to speak at his Monday night treatment sessions.

     Proposed: Offered as stated.

10)   While the search was being conducted in Defendant's residence, he commented to an agent that "you must be upset there were no images on my computer."

Proposed: Offered as stated.

Respectfully submitted
For the United States

Michael Sullivan
United States Attorney

By:/s/Dana Gershengorn
DANA GERSHENGORN
Assistant U.S. Attorney
617-748-3120
Sherri Stephan
Trial Attorney
202-514-5780