## ESCROW AGREEMENT

ESCROW AGREEMENT entered into this _2nd_ day of _March_, 20_06_, among _Gary R. Wilder + Pamela B. Wilder_ (herein "Surety"), Michael J. Sullivan, in his official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney"), and Tony Anastas, in his official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of _Darren Wilder_ (herein "Defendant") in Criminal No. _04CR10217GAO_, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated _March 4, 2005 + Feb. 14_, _2006_ and entered by the Honorable _Charles Swartwood + George O'Toole_, United States District Judge/Magistrate Judge, and has agreed to execute a personal bond in the amount of $_25,000.00_ (_Twenty Five Thousand $_) Dollars (herein "Personal Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:

1. The Surety shall execute a quitclaim deed to the parcel of real property located at _298 Haverhill Road, Chester, NH_ in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Personal Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

    A. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. _04CR10217GAO_ or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. _04CR10217GAO_ is expressly waived by the Surety.

    B. This Agreement shall terminate upon the final disposition of Criminal No. _04CR10217GAO_ and written discharge of the bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

-2-

5. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

6. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:

TONY ANASTAS, CLERK OF COURT

By: _Paul S. Lyness_
Deputy Clerk

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

By: _[signature]_
Asst. U.S. Attorney

SURETY:

_[signature]_
Gary B. Wilder

_[signature]_
Pamela B. Wilder


SUFFOLK, SS                              March 6, 2006

Then personally appeared Gary + Pamela Wilder and acknowledged the foregoing to be ___ ___ free act and deed before me.

_[signature]_
NOTARY PUBLIC

My Commission Expires: 1/20/10

ELIZABETH CRONIN
NOTARY PUBLIC
NEW HAMPSHIRE
MY COMMISSION EXPIRES JANUARY 20, 2010

(ESCROW FORM.wpd - 1/17/2002)