**MORTGAGE**

ROCKINGHAM REGISTRY
OF DEEDS
PHONE: 642-5526
DATE 03.06.'06   MON

RECEIPTS   $20.39
RECEIPTS   $1.00
TOTAL      $21.39
CASH       $22.00
CHANGE     $0.61
CLERK 2    NO.136931
TIME 10:07 0000

2006 MAR -6 AM 10:33

ROCKINGHAM COUNTY
REGISTRY OF DEEDS

MORTGAGE is made this **2nd** day of **March**, between **Gary + Pamela Wilder**, jointly residing at **298 Haverhill Road, Chester, NH** (herein "Mortgagor(s)"), and the Clerk of the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts (herein "Mortgagee").

WITNESSETH, for consideration paid and to secure a personal bond of even date for **$25,000.00** (herein "Defendant"), in Criminal No. **04CR10217GAO**, before the United States District Court for the District of Massachusetts (herein "Court"), in the amount of **($25,000.00) Twenty-five Thousand 5,000** ) Dollars executed by the Defendant and the Mortgagor(s) in favor of the United States of America, and to secure due observance and performance of the obligation, terms, and conditions as set forth in an Order Setting Conditions of Release dated **March 4, 2005 + Feb. 14**, 20**06**, and filed with the Court, and to further secure the performance of all other covenants and agreements of or by the Defendant and Mortgagor(s) herein for the benefit of the Mortgagee, which may now exist or may hereafter exist or accrue while this Mortgage is still undischarged of record, and in furtherance of and pursuant to an escrow agreement made this day between the Mortgagor(s), the United States Attorney for the District of Massachusetts and the Mortgagee, the Mortgagor(s) hereby mortgage, with power of sale, the following parcel of real property, with the following covenants thereon, situate, lying and being in the County of **Rockingham, NH**, ~~Commonwealth of Massachusetts~~, and more particularly described in the following deed: **Located in Town of Chester NH.**

A deed from **Mary L. Mahan** to **Gary B. Wilder and Pamela B Wilder** dated **September 15, 1997**, and recorded in the **Rockingham** County Registry of Deeds at Book **3236**, Page **2687**;

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, rents royalties, mineral, oil and gas rights and profits, water, water rights, and water stock, and all fixtures now or hereafter attached to the property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the property covered by this Mortgage; and all of the foregoing, together with said property are hereinafter referred to as the "Property."