UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  ) CRIMINAL NO. 04-10217-GAO
                            )
DARREN F. WILDER            )

**GOVERNMENT'S EXHIBIT LIST**

| No. | Item | Witness | Offered | Admitted | Denied |
|---|---|---|---|---|---|
| 1 | Lust Gallery – Preview Page | Johnson | 3/14/06 | 3/14/06 | |
| 2 | UC Purchase Confirmation Email | Johnson | 3/14/06 | 3/14/06 | |
| 3 | Image C33057.jpg | Johnson | 3/14/06 | 3/14/06 | |
| 4 | Image C33059.jpg | Chase | 3/14/06 | 3/14/06 | |
| 5 | Image C33060.jpg | Chase | 3/14/06 | 3/14/06 | |
| 6 | Image C33058.jpg | Chase | 3/14/06 | 3/14/06 | |
| 7 | UC Purchase Confirmation Email 2 | Chase | 3/14/06 | 3/14/06 | |
| 8 | Citibank Credit Card Statement | Forgetta | 3/14/06 | 3/14/06 | |
| 9 | Vectra hard-drive | Forgetta | 3/14/06 | 3/14/06 | |
| 10 | Handwritten, page 1 | Forgetta | 3/14/06 | 3/14/06 | |
| 11 | Handwritten, page 2 | Forgetta | 3/14/06 | 3/14/06 | |
| 12 | Handwritten, page 3 | Forgetta | 3/14/06 | 3/14/06 | |
| 13 | Handwritten, page 4 | Forgetta | 3/14/06 | 3/14/06 | |
| 14 | Handwritten, page 5 | Forgetta | 3/14/06 | 3/14/06 | |
| 15 | Handwritten, page 6 | Forgetta | 3/14/06 | 3/14/06 | |
| 16 | Handwritten, page 7 | Forgetta | 3/14/06 | 3/14/06 | |
| 17 | Handwritten, page 8 | Forgetta | 3/14/06 | 3/14/06 | |

| 18 | Handwritten, page 9 | Forgetta | 3/14/06 | 3/14/06 | |
|---|---|---|---|---|---|
| 19 | Hand-written, page 10 | Forgetta | 3/14/06 | 3/14/06 | |
| 20 | Chain of Custody Log | Nevarro | 3/15/06 | 3/15/06 | |
| 21 | Springbegins Newsgroup Posting | Nguyen | 3/15/06 | 3/15/06 | |
| 22 | Email to Springbegins | Nguyen | 3/15/06 | 3/15/06 | |
| 23 | Image 0101300.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 24 | Image nadftk5.jpg | Nguyen | | | |
| 25 | Image 0101400.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 26 | Image nadftk7.jpg | Nguyen | | | |
| 27 | Image 0101500.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 28 | Image nadftk9.jpg | Nguyen | | | |
| 29 | Image 0101600.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 30 | Image nadftk11.jpg | Nguyen | | | |
| 31 | Image _ 4855610.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 32 | Image _ 4855611.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 33 | Image _ 4855612.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 34 | Image _ 4855614.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 35 | Image _ 4855624.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 36 | Image _ 4855625.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 37 | Image Dscn 1841.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 38 | Image Dscn 1899.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 39 | Image Dscn 1919.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 40 | Image Dscn 1927.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 41 | Image Dscn 1928.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 42 | Image Dscn 1931.jpg | Nguyen | 3/15/06 | 3/15/06 | |
| 43 | Image Dscn 1934.jpg | Nguyen | 3/15/06 | 3/15/06 | |

| 44 | Image Dscn 0955.jpg (ref) | Nguyen | 3/16/06 | 3/16/06 | |
| 45 | Image Dscn 1913.jpg (ref) | Nguyen | 3/16/06 | 3/16/06 | |
| 46 | Image Dscn 1941.jpg (ref) | Nguyen | 3/16/06 | 3/16/06 | |
| 47 | Index.dat log | Nguyen | 3/16/06 | 3/16/06 | |
| 48 | Link File Report | Nguyen | 3/15/06 | 3/15/06 | |
| 49 | List of dbx Files | Nguyen | | | |
| 50 | Info2 Record Report | Nguyen | 3/16/06 | 3/16/06 | |
| 51 | Image 00895.jpg | Nguyen | 3/16/06 | 3/16/06 | |
| 52 | Image 00898.jpg | Nguyen | " | " | |
| 53 | Image 00899.jpg | Nguyen | " | " | |
| 54 | Image 00900.jpg | Nguyen | " | " | |
| 55 | Image 01039.jpg | Nguyen | " | " | |
| 56 | Image 01044.jpg | Nguyen | " | " | |
| 57 | Image 01045.jpg | Nguyen | " | " | |
| 58 | Image 01054.jpg | Nguyen | " | " | |
| 59 | Image 01055.jpg | Nguyen | " | " | |
| 60 | List of images/folders | Nguyen | " | " | |
| 61 | HTML page - 00895.jpg | Nguyen | " | " | |
| 62 | HTML page - 00898.jpg | Nguyen | " | " | |
| 63 | HTML page - 00899.jpg | Nguyen | " | " | |
| 64 | HTML page - 00900.jpg | Nguyen | " | " | |
| 65 | HTML page - 01039.jpg | Nguyen | " | " | |
| 66 | HTML page - 01044.jpg | Nguyen | " | " | |
| 67 | HTML page - 01045.jpg | Nguyen | " | " | |
| 68 | HTML page - 01054.jpg | Nguyen | " | " | |
| 69 | HTML page - 01055.jpg | Nguyen | " | " | |

| 70 | Charged files - List of File Attributes | Nguyen | 3/15/06 | 3/15/06 | |
|---|---|---|---|---|---|
| 71 | (a) and (b) 2 CDs containing (pthc)open-f09-[full].mpg; (pthc)+rca4m.mpg; r@ygold-n3.mpg | Nguyen | 3/16/06 | 3/16/06 | |
| 72 | Recovered web page – private video | Nguyen | 3/16/06 | 3/16/06 | |
| 73 | Movie file registry list | Nguyen | 3/16/06 | 3/16/06 | |
| 74 | Email to pz-studio | Nguyen | 3/16/06 | 3/16/06 | |
| 75 | Favorites page | Nguyen | 3/16/06 | 3/16/06 | |
| 76 | Image pret-005a-046.jpg | Nguyen | 3/16/06 | '' | |
| 77 | Image pret-005a-063.jpg | Nguyen | 3/16/06 | '' | |
| 78 | Image pret-005a-076.jpg | Nguyen | '' | '' | |
| 79 | Image pret-005a-079.jpg | Nguyen | '' | '' | |
| 80 | Image pret-005a-035.jpg | Nguyen | '' | | |
| 81 | Image pret-005a-040.jpg | Nguyen | '' | '' | |
| 82 | Image _luda+anya092.jpg | Nguyen | 3/16/06 | 3/16/06 | |
| 83 | Purchase Confirmation-Wilder | Nguyen | 3/16/06 | 3/16/06 | |
| 84 | FBI report of examination for nadftk5.jpg | Musheno | | | |
| 85 | FBI report of examination for nadftk7.jpg | Musheno | | | |
| 86 | FBI report of examination for nadftk9.jpg | Musheno | | | |
| 87 | FBI report of examination for nadftk11.jpg | Musheno | | | |
| 88 | FBI report of examination for Dscn1841.jpg | Musheno | | | |

| 89 | FBI report of examination for Dscn1899.jpg | Musheno | | | |
|---|---|---|---|---|---|
| 90 | FBI report of examination for Dscn1919.jpg | Musheno | | | |
| 91 | FBI report of examination for Dscn1927.jpg | Musheno | | | |
| 92 | FBI report of examination for Dscn 1928.jpg | Musheno | | | |
| 93 | FBI report of examination for Dscn1931.jpg | Musheno | | | |
| 94 | FBI report of examination for Dscn 1934.jpg | Musheno | | | |
| 95 | FBI report of examination for 4855610.jpp | Musheno | | | |
| 96 | FBI report of examination for 4855611.jpg | Musheno | | | |
| 97 | FBI report of examination for 4855612.jpg | Musheno | | | |
| 98 | FBI report of examination for 4855614.jpg | Musheno | | | |
| 99 | FBI report of examination for 4855624.jpg | Musheno | | | |
| 100 | FBI report of examination for 4855625.jpg | Musheno | | | |