**TITLE:** U S A                    **vs.** Darren Wilder

**CASE NO:** CR 04-10217-GAO

## JURY PANEL

1)  ~~Latasha Wells~~
2)  Mark Steen
3)  Anthony Domagala
4)  David Cunha
5)  Paul Auclair
6)  Jamie Sparrow
7)  Mark Capitanio

8)  Michael Mazzeo
9)  Andrew Kelliher
10) Linda Gilzow
11) Annette Virga
12) Angela O'Connor
13) Melanie Tyrrell
14) Kenneth Young

## WITNESSES

### Gov't/Pltf.

1)  John Johnson
2)  Michelle Chase
3)  Gilleen Forgetta
4)  Bernardo Nevarro
5)  ~~Michael~~ Michael Howard
6)  Lam Nguyen
7)  Celeste Wilson
8)  Eric Cole
9)  Gary Wilder
10)
11)
12)
13)
14)
15)

### Defendant

1)
2)
3)
4)
5)
6)
7)
8)
9)
10)
11)
12)
13)
14)
15)