AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA

v.

DARREN WILDER

**EXHIBIT AND WITNESS LIST**

Case Number: CR04-10217-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | Gershengorn, Stephan | Horstmann |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 3/13/06- | Kilian | Lyndw |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | 3/14 | 3/14 | Consent to search |
| | 2 | | 3/17 | 3/17 | NJ Special Report |
| | 3 | | 3/17 | 3/17 | Wilder IE Favorites |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages