UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10217-GAO

UNITED STATES

v.

DARREN WILDER,
Defendant

VERDICT

We, the Jury, unanimously find the Defendant, DARREN WILDER,

as to Count 1:

    NOT GUILTY \_\_\_\_    GUILTY ✓

as to Count 2:

    NOT GUILTY \_\_\_\_    GUILTY ✓

as to Count 3:

    NOT GUILTY \_\_\_\_    GUILTY ✓

SO SAY WE ALL:

_Angela H. O'Connor_     _3·21·06_
Foreman (please sign)          Date