UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA            )
                                    )    CASE NO. 04CR10217GAO
v.                                  )
                                    )
DARREN F. WILDER                    )
_____)

**ASSENTED TO MOTION TO DISCHARGE MORTGAGES**

NOW COMES the Defendant, Darren Wilder, through counsel, and respectfully moves this Honorable Court to discharge the mortgages, which were given to the clerk's office as a result of the bond issued in the instant matter. As the Court is aware, Mr. Wilder has been incarcerated and the security bond is no longer required. The Government has assented to the instant motion through its representative A.U.S.A. Dana Gershengorn.

WHEREFORE, this Honorable Court is respectfully urged to discharge the mortgages.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

I, Peter Charles Horstmann, Esquire, hereby certify that on this 5th day of April, 2006, a copy of the foregoing MOTION TO DISCHARGE MORTGAGES was served electronically, upon Dana Gershengorn, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210

Peter Charles Horstmann, Esquire