## DISCHARGE OF MORTGAGE

I, SARAH A. THORNTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Gary and Pam Wilder to the Clerk of the United States District Court for the District of Massachusetts in the amount of $200,000.00, for property located at 298 Haverhill Road, Chester, New Hampshire dated March 6, 2006, recorded in the Rockingham County Registry of Deeds at Book 4446, Page 2905, and more fully described on Exhibit "A" attached hereto, hereby discharge all rights, title and interest to said mortgage and property.

Witness my hand and seal this 20 day of April, 2006

SARAH A. THORNTON, Clerk
United States District Court
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

4/20/2006

Then personally appeared SARAH A. THORNTON, Clerk, and acknowledged the forgoing to be his free act and deed before me.

Notary Public
My commission expires



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012

**Exhibit A**

A certain parcel of land situated on the westerly side of Haverhill Road, Route 121, in Chester, Country of Rockingham, State of New Hampshire, and being shown as Lot 2-69-1 on a plan entitled "Subdivision Plan in Chester, N.H. prepared for Mary Mahan, Route 121, Chester, NH, 03036, Sept. 23, 1986 (Rev. Dec. 12, 1986)" prepared by DBT Associates, Inc. which plan is recorded in the Rockingham Country Registry of Deeds as Plan D-15892, reference to which is more exact description may be obtained.

The above-described premises are conveyed subject to a 20' access easement serving Lot 2-68, all as shown on the above-referenced-to plan.