UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 04CR10217GAO |
| v. ) | |
| ) | |
| DARREN F. WILDER ) | |

**ASSENTED TO MOTION TO RELEASE BOND**

    NOW COMES the Defendant, Darren Wilder, through counsel, and hereby moves this Honorable Court to release the $25,000.00 cash bond currently held by the Clerk for the United States District Court for the District of Massachusetts to the Defendant's father, Gary Wilder, as indicated on the previously filed Assignment of Bond. The Government through its representative Assistant United States Attorney Dana Gershengorn has assented to the instant motion.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

**CERTIFICATE OF SERVICE**

    I, Peter Charles Horstmann, Esquire, hereby certify that on this 9th day of May 2006, a copy of the foregoing ASSENTED TO MOTION TO RELEASE BOND was served electronically, upon Dana Gershengorn, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210

Peter Charles Horstmann, Esquire