UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )   CASE NO. 04CR10217GAO
v.                            )
                              )
DARREN F. WILDER              )
_____)

## NOTICE OF APPEAL

NOW COMES the Defendant, Darren F. Wilder, through counsel, and hereby gives notice of his appeal to the United States Court of Appeals for the First Circuit from his Judgment, conviction and Sentence, which were entered on June 29, 2006.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 29th day of June, 2006, a copy of the foregoing Notice of Appeal was served electronically, upon Dana Gershengorn, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann