9/28/06 on
desk in Courtroom

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-CR-10217 GAO |
| | ) | |
| DARREN WILDER | ) | |

PSL
~~EX PARTE~~ MOTION FOR LEAVE TO PROCEED
IN FORMA PAUPERIS ON APPEAL

     NOW COMES the Defendant, Darren Wilder, through counsel, and respectfully moves this Honorable Court pursuant to Fed. R. App. P. Rule 24(a)(1) to permit him to proceed on appeal *in forma pauperis*. This Court's attention is respectfully directed to the Affidavit in Support of Motion to Proceed *In Forma Pauperis* filed herewith. The Defendant further states that an appeal is necessary to fully address the issues set forth in the Affidavit and raised below during the pretrial and trial proceedings. The undersigned counsel was privately retained for the District Court case, but was not retained for services on appeal.
     WHEREFORE, based upon the Affidavit in Support of Motion to Proceed *In Forma Pauperis,* the Defendant lacks any funds with which to privately retain counsel, is serving a prison sentence of fifteen years and has meritorious issues to pursue on appeal, the Court is respectfully urged to grant the instant motion.

Respectfully submitted,

/s/ Peter C. Horstmann
PETER CHARLES HORSTMANN, ESQUIRE
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999