# United States Court of Appeals
## For the First Circuit

---

No. 06-2213

UNITED STATES,

Appellee,

v.

DARREN F. WILDER,

Defendant, Appellant.

---

**JUDGMENT**

Entered: May 12, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Ms. Bakshi, Ms. Mizner, Ms. Chaitowitz, Ms. Gershengorn, & Ms. Stephan.